# Third District Court of Appeal
## State of Florida

Opinion filed December 15, 2021.

_____

No. 3D21-1615
Lower Tribunal No. 20-18259SP
_____

**PSHS Alpha Partners, Ltd., etc.,**
Appellant,

vs.

**State Farm Mutual Automobile Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Daly & Barber, P.A., and Christina M. Kalin, John C. Daly and Matthew C. Barber (Plantation), for appellant.

Kubicki Draper, P.A., and Jarred S. Dichek, Caryn L. Bellus and Barbara E. Fox, for appellee.

Before SCALES, LINDSEY and GORDO, JJ.

<u>ON CONFESSION OF ERROR</u>

PER CURIAM.

PSHS Alpha Partners, Ltd. d/b/a Lake Worth Surgical Center a/a/o Tiara Stovall appeals a July 19, 2021 order entered by the county court that dismissed, on grounds of forum non conveniens, lower court case number 20-18259SP. State Farm Mutual Automobile Insurance Company properly and commendably confesses error, conceding that the trial court should have transferred, rather than dismissed, the action.[1] We, therefore, reverse the July 19, 2021 order and remand for further proceedings in this matter.

Reversed and remanded.

---

[1] See § 47.122, Fla. Stat. (2021) ("For the convenience of the parties or witnesses or in the interest of justice, any court of record may *transfer* any civil action to any other court of record in which it might have been brought.) (emphasis added).